# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 12, 2010

Marilyn Kelly,
Chief Justice

140021

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 140021
COA: 285632
Macomb CC: 2007-004428-FC

GEORGE MICHAEL SZALMA,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the August 11, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 12, 2010

_____
Clerk

0309